UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-CR-20483-ALTMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL JARRETT,

    Defendant.

_____/

**NOTICE OF PERMANENT ATTORNEY APPEARANCE**

PLEASE TAKE NOTICE that Juan J. Michelen of **STUMPHAUZER KOLAYA NADLER & SLOMAN, PLLC** enters his appearance as counsel on behalf of Michael Jarrett in the above-styled case. Please send all notices, pleadings, motions, applications, and other documents filed and/or served in this case to undersigned counsel at the address listed below.

This Notice of Permanent Appearance is for trial purposes only and does not include work for a direct and/or collateral appeal.

Dated: July 16, 2025

Respectfully submitted,

**STUMPHAUZER KOLAYA NADLER & SLOMAN, PLLC**
Two South Biscayne Blvd.,
Suite 1600
Miami, FL 33131
Telephone: (305) 614-1400

*/s/ Juan J. Michelen*
Juan J. Michelen
Florida Bar No. 92901
jmichelen@sknlaw.com