## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## CASE NO. 23-CR-20483-ALTMAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICHAEL JARRETT,

        Defendant.

_____/

### UNOPPOSED MOTION TO CONTINUE PRELIMINARY HEARING AND ARRAIGNMENT

Michael Jarrett, through undersigned counsel, respectfully moves this Court to continue the preliminary hearing, detention hearing, and arraignment currently scheduled for July 17, 2025, at 1:00 p.m., and respectfully requests that the hearings be rescheduled to August 7 or 8, 2025, or as soon thereafter as the Court is available.

1. On July 10, 2025, Mr. Jarrett was charged in a superseding indictment with three counts: Count 7, Stalking, in violation of 18 U.S.C. § 2261A(2)(A); Count 8, Discharging a firearm in furtherance of a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(iii); and Count 9, Conspiracy to use and carry a firearm during a crime of violence, in violation of 18 U.S.C. § 924(o). [ECF No. 201].

2. Mr. Jarrett was arrested on July 11, 2025, and had his initial appearance on July 15, 2025. At that hearing, the Court appointed

undersigned counsel and scheduled the preliminary hearing, detention hearing, and arraignment for July 17, 2025. [ECF No. 211].

3. Undersigned counsel met with Mr. Jarrett on July 15, 2025, and is currently evaluating potential bond and release conditions to propose to the Court. Given the seriousness of the charges—including a ten-year mandatory minimum under Count 8—additional time is needed to prepare for the detention hearing and preliminary examination, and to advise Mr. Jarrett accordingly.

4. Undersigned counsel conferred with AUSA Waxman, who does not object to a continuance. We discussed our mutual availability and jointly request that the hearing be reset for either August 7 or 8, 2025, or as soon thereafter as the Court is available.

**WHEREFORE,** Mr. Jarrett requests that the Court continue the preliminary hearing, detention hearing, and arraignment to a date consistent with the parties' availability, as outlined above, or to any other date convenient to the Court.

Dated: July 16, 2025                       Respectfully submitted,

**STUMPHAUZER KOLAYA NADLER & SLOMAN, PLLC**
Two South Biscayne Blvd.,
Suite 1600
Miami, FL 33131
Telephone: (305) 614-1400

*/s/ Juan J. Michelen*
Juan J. Michelen

Florida Bar No. 92901<br>
jmichelen@sknlaw.com

## CERTIFICATE OF SERVICE

I certify that on July 16, 2025, I filed the foregoing document via CM/ECF, which will serve all counsel of record through the Court's electronic notification system or by other authorized means for those not receiving electronic notices.

<i><u>s/ Juan J. Michelen</u></i><br>
Juan J. Michelen