# COURT MINUTES

Page 7

## Magistrate Judge Lisette Marie Reid

**Atkins Building Courthouse - 3rd Floor**                Date: 7/17/2025   Time: 1:00 p.m.

Defendant: 2) Michael Jarrett        J#: 96089-511   Case #: 23-CR-20483-ATLMAN

AUSA: Abbie Waxman            Attorney: Juan J. Michelen -CJA

Violation: STALKING; DISCHARGING A FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE

Detention Hearing;

Proceeding: Arraignment on Superseding Indictment        CJA Appt: _____

Bond/PTD Held: ⊙ Yes  ⊙ No        Recommended Bond: TEMP -Pretrial Detention

Bond Set at: _____        Co-signed by: _____

Language: English

| | |
|---|---|
| ☐ Surrender and/or do not obtain passports/travel docs | **Disposition:** |
| ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person | *Brady Order NOT given* <br> —Deft's One term request <br> for entry of the SDO is GRANTED. |
| ☐ Random urine testing by Pretrial Services _____ <br> Treatment as deemed necessary | —Deft Arraigned |
| ☐ Refrain from excessive use of alcohol | |
| ☐ Participate in mental health assessment & treatment | Reading of Indictment Waived ✓ |
| ☐ Maintain or seek full-time employment/education | Not Guilty plea entered ✓ |
| ☐ No contact with victims/witnesses | Jury trial demanded ✓ |
| ☐ No firearms | Standing Discovery Order requested ✓ |
| ☐ Not to encumber property | —Brady order given |
| ☐ May not visit transportation establishments | —Deft's motion to continue <br> PTD is GRANTED. |
| ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____ | |
| ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment | Time from today to 8/14/25 excluded <br> from Speedy Trial Clock |
| ☐ Travel extended to: _____ | |
| ☐ Other: _____ | |

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | 8/14 | 10:00 am. | Duty | Miami |
| Prelim/Arraign or Removal: | | | | |
| Status Conference RE: | | | | |
| D.A.R. 13:22:26 | | | Time in Court: | 2 minutes |