# COURT MINUTES

## Magistrate Judge Marty F. Elfenbein

**Atkins Building Courthouse - 5th Floor**          Date: 8/14/25     Time: 10:00 a.m.

---

Defendant: **Michael Jarrett**     J#: 96089-511     Case #: **23-cr-20483-Altman**

AUSA: **Michael Gilfarb**     Attorney: **Juan J. Michelen (CJA)**

Violation: **Stalking; Discharging a Firearm in furtherance of a Crime of Violence**

Proceeding: **Motion for Pretrial Release/Detention Hrg.**     CJA Appt:

Bond/PTD Held: ☒ Yes  ☐ No     Recommended Bond:

Bond Set at: **Pretrial Detention**     Co-signed by:

| | |
|---|---|
| ☐ Surrender and/or do not obtain passports/travel docs | Language: English |
| ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person | **Disposition:** |
| ☐ Random urine testing by Pretrial Services Treatment as deemed necessary | *Brady order given on 7/17/25* |
| ☐ Refrain from excessive use of alcohol | **Government seeks PTD based on risk of flight and danger to the community.** |
| ☐ Participate in mental health assessment & treatment | **Detention Hearing held** |
| ☐ Maintain or seek full-time employment/education | **Government Exhibit 1 admitted** |
| ☐ No contact with victims/witnesses | **Witness- S/A Ryan Dreibelbis sworn and testified.** |
| ☐ No firearms | **Government ore tenus motion for PTD -GRANTED-.** |
| ☐ Not to encumber property | **The Court ordered the defendant detained Pretrial Detention based on risk of flight and danger to the community.** |
| ☐ May not visit transportation establishments | |
| ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___ | **Prosposed Order due 8/15/25** |
| ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment | Time from today to ___ excluded from Speedy Trial Clock |
| ☐ Travel extended to: | |
| ☐ Other: | |

**NEXT COURT APPEARANCE**     Date:     Time:     Judge:     Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. **10:27:14**     Time in Court: **2 hrs & 12 mins**